34586. FRY et al. v. CITY OF ATLANTA et al.

NICHOLS, Chief Justice.

Certiorari was granted to review the decision of the Court of Appeals in *City of Atlanta v. Fry,* 148 Ga. App. 269 (251 SE2d 90) (1978).

After consideration of the issue of whether the operation of a police department, including the hiring, firing, promotion, demotion and transfer of officers, is a governmental or, instead, is a ministerial function, this court concludes that the majority of the Court of Appeals correctly decided the issue by holding that the function is governmental in nature.

*Judgment affirmed. All the Justices concur.*

ARGUED MARCH 12, 1979 — DECIDED APRIL 17, 1979.

*Johnson, Ward, Stanfield, Lanham & Carr, James C. Carr, Jr.,* for appellants.
*Ferrin Y. Mathews, Gary S. Walker, Nina Radakovich,* for appellees.